**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Ramon VALLES, III, Defendant-Appellant.**

**No. 16-15875
Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(November 16, 2017)

Germaine Seider, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Michael William Nielsen, Nielsen Law Firm, Winter Springs, FL, for Defendant-Appellant

Before WILSON, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).